W. Chris Wicker, Esq.
Nevada Bar No. 1037
Scott S. Hoffmann, Esq.
Nevada Bar No. 8498
Jose A. Tafoya, Esq.
Nevada Bar No. 16011
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel: 775-688-3000 | Fax: 775-688-3088
cwicker@woodburnandwedge.com
shoffmann@woodburnandwedge.com
jtafoya@woodburnandwedge.com

*Attorneys for Defendant Florida Canyon Mining, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EMILIO MAGANA, Individually and On Behalf of Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>FLORIDA CANYON MINING, INC.,<br><br>Defendant. | Case No. 3:26-cv-00793-MMD-CLV<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**FIRST REQUEST** |

Plaintiff Emilio Magana ("Plaintiff") and Defendant Florida Canyon Mining, Inc. ("Defendant") (together, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rules IA 6-1 and IA 6-2, to extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Original Class and Collective Action Complaint (ECF No. 1) from November 16, 2026, to November 30, 2026.

In support of this stipulation, the Parties state as follows:

///

///

## RECITALS

On October 12, 2026, Plaintiff filed his Original Class and Collective Action Complaint and Demand for Jury Trial (the "Complaint") in this Court, asserting claims individually and on behalf of a putative collective and class for alleged failure to pay overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., and for alleged failure to pay for all hours worked, minimum wages, and overtime under Nevada law. (ECF No. 1.)

Defendant was served with the summons and Complaint on October 26, 2026, Under Federal Rule of Civil Procedure 12(a)(1), Defendant's current deadline to answer or otherwise respond to the Complaint is November 16, 2026.

This is the first request for an extension of Defendant's deadline to respond to the Complaint. No prior extensions of this deadline have been requested or granted.

Good cause exists for the requested extension. Defendant's counsel was recently retained and requires additional time to investigate the factual allegations of the Complaint, which concern Defendant's timekeeping, rounding, and bonus compensation practices for a putative collective and class of hourly employees, and to prepare an appropriate response.

The requested 14-day extension is sought in good faith and not for purposes of delay. The extension will not prejudice any party, and no other deadlines have been set in this action that would be affected by the extension.

## STIPULATION

NOW, THEREFORE, the Parties, through their undersigned counsel, hereby STIPULATE AND AGREE that the deadline for Defendant Florida Canyon Mining, Inc. to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) shall be extended from November 16, 2026, up to and including November 30, 2026.

///

///

///

///

///

WOODBURN AND WEDGE
6100 Neil Road, Ste. 500
Reno, Nevada 89511
(775) 688-3000

**IT IS SO STIPULATED.**

Dated this 13th day of November, 2026

**WOODBURN AND WEDGE**

By: /s/ Scott S. Hoffmann
W. Chris Wicker, Esq.
Nevada Bar No. 1037
Scott S. Hoffmann, Esq.
Nevada Bar No. 8498
Jose Tafoya, Esq.
Nevada Bar No. 16011
6100 Neil Road, Suite 500
Reno, Nevada 89511
Tel: 775-688-3000 | Fax: 775-688-3088
cwicker@woodburnandwedge.com
shoffmann@woodburnandwedge.com
jtafoya@woodburnandwedge.com
*Attorneys for Defendant, Florida Canyon Mining, Inc.*

Dated this 13th day of November, 2026

**RODRIGUEZ LAW OFFICES, P.C.**

By: /s/ Esther C. Rodriguez
Esther C. Rodriguez, Esq.
Nevada State Bar No. 6473
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
info@rodriguezlaw.com

JOSEPHSON DUNLAP LLP
Kevin E. Collins, Jr. (Admitted *pro hac vice*)
5847 San Felipe St, Suite 2400
Houston, Texas 77057
Tel: (713) 352-1100; Fax: (713) 352-3300
kcollins@mybackwages.com
*Attorneys for Plaintiff Emilio Magana and the Hourly Employees*

# # #

The Court, having considered the Parties' Stipulation to Extend Time for Defendant to Respond to Plaintiff's Complaint, and good cause appearing pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1,

**IT IS HEREBY ORDERED** that the Stipulation is GRANTED.

**IT IS FURTHER ORDERED** that Defendant Florida Canyon Mining, Inc. shall answer or otherwise respond to Plaintiff's Original Class and Collective Action Complaint (ECF No. 1) on or before November 30, 2026.

**IT IS SO ORDERED.**

DATED: November 16, 2026.

UNITED STATES MAGISTRATE JUDGE